JERRY S. BUSBY
Nevada Bar #001107
SCOTT L. STONEHOCKER
Nevada Bar #005512
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
sstonehocker@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELISABETE SANTOS, LUIZ SANTOS<br><br>Plaintiffs,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., STARBUCKS CORPORATION and Does I through V, inclusive,<br><br>Defendants. | CASE NO.  2:24-cv-00376-JAD-BNW<br><br><br><br><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 14 |

**WHEREAS** all Parties and their counsel have agreed upon a full and final settlement of this case;

**IT IS HEREBY STIPULATED AND AGREED** by and between Laurence Springberg, Esq., of SPRINGBERG LAW FIRM, P.C., as counsel for Plaintiffs ELISABETE SANTOS and LUIZ SANTOS, and Scott L. Stonehocker, Esq. of COOPER LEVENSON, P.A., as counsel for Defendant SMITH'S FOOD & DRUG CENTERS, INC., as follows:

1.      That the claims herein of Plaintiffs ELISABETE SANTOS and LUIZ SANTOS against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own fees and costs; and

///

///

///

NG-C2N3CBX6 4934-7192-0160.1

2. That there is no trial date presently scheduled for this matter.

**IT IS SO STIPULATED.**

DATED: March 7, 2025

SPINGBERG LAW FIRM, P.C.

/s/ Laurence Springberg
LAURENCE SPRINGBERG, ESQ.
Nevada Bar No. 003162
801 S. Rancho Dr., Suite E8
Las Vegas, Nevada 89106-3812
(702) 731-9222
Attorney for Plaintiffs,
ELISABETE SANTOS and LUIZ SANTOS

DATED: March 7, 2025

COOPER LEVENSON, P.A.

/s/ Scott L. Stonehocker
JERRY S. BUSBY, ESQ.
Nevada Bar No. 001107
SCOTT L. STONEHOCKER, ESQ.
Nevada Bar No. 005512
3016 W. Charleston Blvd., Suite 195
Las Vegas, Nevada 89102
(702) 366-1125
Attorney for Defendant,
SMITH'S FOOD & DRUG CENTERS, INC.

**ORDER**

Based on the parties' stipulation **[ECF No. 14]** and good cause appearing, IT IS ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATE: 3/10/25

NG-C2N3CBX6 4934-7192-0160.1